**Order entered July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00323-CR

**MARCUS WAYNE HARPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81699-2018**

## ORDER

Before the Court is appellant's July 1, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before July 31, 2019. Appellant is cautioned that the failure to file his brief by that date may result in the appeal being abated for a hearing under appellate rule 38.8(b)(3). TEX. R. APP. P. 38.8(b)(3).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE